UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cr-80181-Rosenberg/Reinhart

18 U.S.C. § 1594(a)
18 U.S.C. § 1594(c)
18 U.S.C. § 1591
18 U.S.C. § 1594(d) & (e)

UNITED STATES OF AMERICA

vs.

MARIA BARRIOS CALERO and
RICARDO TOBON FLORES,

Defendants.
_____/



FILED BY ____ D.C.
SEP 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
### CONSPIRACY TO COMMIT SEX TRAFFICKING OF MINOR VICTIM 1

From in or around January 2023, the exact date being unknown to the Grand Jury, and continuing through on or about August 6, 2023, in Palm Beach County, in the Southern District of Florida, the defendants,

**MARIA BARRIOS CALERO**
and
**RICARDO TOBON FLORES,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person, that is Minor Victim 1, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor Victim 1, that Minor Victim 1 had not attained the age of 18 years, and would be caused to engage in a commercial sex act, in violation

of Title 18, United States Code, Section 1591(a)(1), (b)(1) and (c); all in violation of Title 18, United States Code, Section 1594(c).

## COUNT 2
## SEX TRAFFICKING OF MINOR VICTIM 1

On or about August 6, 2023, in Palm Beach County, in the Southern District of Florida, the defendants,

**MARIA BARRIOS CALERO**
and
**RICARDO TOBON FLORES,**

did knowingly attempt, in and affecting interstate and foreign commerce, to recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, a person, that is Minor Victim 1, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe, that Minor Victim 1 had not attained the age of 18 years, and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and (c); all in violation of Title 18, United States Code, Sections and 1594(a) and 2.

## COUNT 3
## CONSPIRACY TO COMMIT SEX TRAFFICKING OF MINOR VICTIM 2

From on or about August 5, 2023, and continuing through on or about August 6, 2023, in Palm Beach County, in the Southern District of Florida, the defendants,

**MARIA BARRIOS CALERO**
and
**RICARDO TOBON FLORES,**

did knowingly and willfully combine, conspire, confederate, and agree with each other to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport,

provide, obtain, maintain, patronize, and solicit by any means a person, that is Minor Victim 2, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor Victim 2, that Minor Victim 2 had not attained the age of 18 years, and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2) and (c); all in violation of Title 18, United States Code, Section 1594(c).

## COUNT 4
## SEX TRAFFICKING OF MINOR VICTIM 2

On or about August 6, 2023, in Palm Beach County, in the Southern District of Florida, the defendants,

**MARIA BARRIOS CALERO**
and
**RICARDO TOBON FLORES,**

did knowingly attempt, in and affecting interstate and foreign commerce, to recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person, that is Minor Victim 2, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe, that Minor Victim 2 had not attained the age of 18 years, and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c), all in violation of Title 18, United States Code, Sections and 1594(a) and 2.

## FORFEITURE

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **MARIA BARRIOS CALERO** and **RICARDO TOBON FLORES,** have an interest.

2. Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Section 1591, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of said violation, and any property traceable to such property, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of said violation, or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 1594(d) and (e) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

*[signature]*
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

*[signature: Gregory Schiller]*
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-cr-80181-Rosenberg/Reinhart

v.

MARIA BARRIOS CALERO and
RICARDO TOBON FLORES,

                      Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take __6__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☐ 0 to 5 days
   II   ☒ 6 to 10 days
   III ☐ 11 to 20 days
   IV ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of August 6, 2023
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: *Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
FL Bar No. 0648477

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: MARIA BARRIOS CALERO

Case No: 23-cr-80181-Rosenberg/Reinhart

Counts #1 and 3:

Conspiracy to Commit Sex Trafficking of a Minor

18 U.S.C. §§ 1594(c) and 1591(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #2:

Sex Trafficking of a Minor Under 14

18 U.S.C. §§ 1591(a)(1) and (b)(1) and 1594(a).
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #4:

Sex Trafficking of a Minor

18 U.S.C. §§ 1591(a)(1) and (b)(2) and 1594(a)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: RICARDO TOBON FLORES

Case No: 23-cr-80181-Rosenberg/Reinhart

Counts #1 and 3:

Conspiracy to Commit Sex Trafficking of a Minor

18 U.S.C. §§ 1594(c) and 1591(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #2:

Sex Trafficking of a Minor Under 14

18 U.S.C. §§ 1591(a)(1) and (b)(1) and 1594(a).
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #4:

Sex Trafficking of a Minor

18 U.S.C. §§ 1591(a)(1) and (b)(2) and 1594(a)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.